AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:16-mj-118-GWF |
| KRISTIN RENE WILSON | ) | |
|  | ) | Charging District:  District of Idaho |
| Defendant | ) | Charging District's Case No.  2:16-cr-19-BLW |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

FEB - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court for the District of Idaho - Coeur d'Alene Office 6450 North Mineral Drive Coeur d'Alene, ID 83815 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | Feb. 17, 2016 at 11:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __Feb. 5, 2016__

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*