DANIEL J. HILL, ESQ.
Nevada Bar # 12773
WOLF, RIFKIN, SHAPRIO,
SCHULMAN & RABKIN LLP
3556 East Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Tel:   (702) 341-5200
Fax:   (702) 341-5300
DHill@wrslawyers.com
*Attorney for Defendant Kristin Rene Wilson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>KRISTIN RENE WILSON,<br><br>             Defendant. | CASE NO.: 2:16-mj-00118-GWF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, Esq., United States Attorney, and Kathryn Newman, Esq., Assistant United States Attorney, counsel for the United States of America, and Daniel J. Hill, Esq., counsel for defendant Kristin Rene Wilson, that Ms. Wilson's conditions of pretrial release be amended to permit travel to California.

Ms. Wilson made her initial appearance in a Rule 5(c)(3) proceeding before this Court on February 5, 2015. *See* Minutes of Proceedings, doc. 1. Ms. Wilson was released on PR bond. *See* PR Bond, doc. 7. As a condition of pretrial release, Ms. Wilson's travel is limited to Clark County and the District of Idaho for court. The parties now agree to amend this condition to allow travel to California.

///

///

///

///

Specifically, Ms. Wilson seeks permission to stay with her mother, who resides in Moreno Valley, California. Ms. Wilson's defense counsel has corresponded with Ms. Wilson's pretrial services officer, who has no objection to this amendment.

DATED this 10th, day of February 2016.

| /s/ Daniel J. Hill | /s/ Kathryn Newman |
|---|---|
| DANIEL J. HILL, ESQ. | KATHRYN NEWMAN, ESQ. |
| Nevada Bar # 12773 | Nevada Bar # 13733 |
| WOLF, RIFKIN, SHAPRIO, | UNITED STATES ATTORNEYS OFFICE |
| SCHULMAN & RABKIN LLP | 333 Las Vegas Boulevard South, Suite 500 |
| 3556 East Russell Road, 2nd Floor | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89120 | *Assistant U. S. Attorney* |
| *Counsel for Defendant Kristin Rene Wilson* | |

**IT IS SO ORDERED.**

DATED this __10th__ day of February 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE